USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* NOAH EDUCATION HOLDINGS, LTD., *et al.*

Lead Case No. 08 Civ. 9203 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' letter requesting a pre-motion conference, as well as Plaintiff's response.

Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference with the Court on May 29, 2009 at 9:30 a.m.

SO ORDERED

Dated: May 19, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE