UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re* NOAH EDUCATION HOLDINGS, LTD., *et al.*

Lead Case No. 08 Civ. 9203 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Memorandum and Order dated March 31, 2010, the Court dismissed the above-captioned

consolidated action.  Accordingly, the Clerk fo the Court is respectfully directed to terminate the

following related matters:

08 Civ. 9427 (RJS), *Shapiro v. Noah Educational Holdings Ltd.*

08 Civ. 9509 (RJS), *Sebik v. Noah Educational Holdings Ltd.*

08 Civ. 9427 (RJS), *Gu v. Noah Educational Holdings Ltd.*

The Clerk of the Court is also directed to terminate any motions remaining in those matters.

SO ORDERED

Dated: March 31, 2010
      New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/16