UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

BRIAN SEIDEL, Individually and On Behalf :    Civil Action No. 1:08-cv-09203-RJS
of All Others Similarly Situated,         :    **(Consolidated)**

                      Plaintiff,   :    <u>CLASS ACTION</u>

       vs.                        :

NOAH EDUCATION HOLDINGS, LTD., et : 
al.,                               :

                Defendants.   :

—————————————————————— x

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiff Stephen S. Atkins, Trustee of the Jae Family

Lifetime Benefit Trust dated January 17, 1973 for the Benefit of Stephen S. Atkins ("Plaintiff"), on

behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for

the Second Circuit from the District Court's order of dismissal (Dkt. #58), including the March 31,

2010 order granting Defendants' motion to dismiss Plaintiff's Consolidated Amended Class Action

Complaint (Dkt. #57).

DATED:  April 29, 2010

ROBBINS GELLER RUDMAN &
  DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
FAINNA KAGAN


_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com

*Lead Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2010, I filed the foregoing with the Clerk of the Court in the

Southern District of New York, and I hereby certify that I have mailed the foregoing document *via*

the United States Postal Service to all counsel indicated on the attached service list.

ROBBINS GELLER RUDMAN &
DOWD LLP


DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com

SERVICE LIST
*Seidel v. Noah Education Holdings, Ltd., et al.*
No. 1:08-cv-09203-RJS (S.D.N.Y.)

Samuel H. Rudman
David A. Rosenfeld
Fainna Kagan
ROBBINS GELLER RUDMAN &
  DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100

*Lead Counsel for Plaintiffs*

Michael I. Fistel
HOLZER HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
Telephone: (770) 392-0090

Jeffrey A. Berens
DYER & BERENS LLP
682 Grant Street
Denver, Colorado 80203
Telephone: (303) 861-1764

*Additional Counsel for Plaintiffs*

Charles A. Gilman
Joel Kurtzberg
Kayvan B. Sadeghi
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000

*Attorneys for Defendants Deutsche Bank
Securities Inc., CIBC World Markets Corp.,
and Thomas Weisel Partners LLC*

James J. Farrell
Terri L. Lilley
Melanie M. Blunschi
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 891-8498

Christopher Harris
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1628

*Attorneys for Defendant Noah Education
Holdings, Ltd.*